UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charles Starks,                                         Case No. 3:24-cv-1220

          Plaintiff,

v.                                                     ORDER

Sandusky County
Board of Commissioners, et al.,

          Defendants.

On May 20, 2025, Plaintiff's filed a Bill of Costs, seeking $3,914.97. (Doc. No. 21). The next day, on May 21, 2025, Defendants filed an objection, alleging the Bill of Costs improperly includes the cost of expert fees in the amount of $3,500. (Doc. No. 22). In support, Defendants correctly notes that the Sixth Circuit has held "expert witness fees may not be taxed as costs at a court's discretion under Rule 54(d) because [28 U.S.C. ]§ 1920 does not provide for them." *L & W Supply Corp. v. Acuity*, 475 F.3d 737, 741 (6th Cir. 2007). Plaintiff filed nothing in response to Defendants' objection to suggest any exception applies, which may justify an award of expert fees. Accordingly, I sustain Defendants' objection and award Plaintiff $414.97 in costs.

So Ordered.

                                                                       s/ Jeffrey J. Helmick
                                                                       United States District Judge